## EDINS V. LOEB.

(Decided April 12th, 1910.)

APPEAL from Elmore Chancery Court.
Heard before Hon. W. W. WHITESIDE.
No counsel marked for either party.
Per curiam.    Dismissed for want of prosecution.

---

## GRAVES V. THE STATE.

(Decided Feb. 26th, 1910.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. WILLIAM E. FORT.
FRANK S. ANDRESS, for appellant.
ALEXANDER M. GARBER, Attorney General, for the State.
Per curiam.    Reversed and remanded on authority of *Crain v. The State,* 166 Ala. 1.

---

## JOHNSON V. SOUTHERN STEEL CO., ET AL.

(Decided April 19th, 1910.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. ALFRED H. BENNERS.
TOMLINSON & McCULLOUGH, for appellant.
CAMPBELL & JENSTON, for appellee.
Per curiam.    Dismissed by agreement of parties.